ELLEN S. BONNETTE, as Executrix of MARGARET SCONE, Deceased, Respondent, v. JOSEPH A. MOLLOY, Appellant.

*Bonnette* v. *Molloy,* 139 App. Div. 902, affirmed.
(Argued January 24, 1911; decided February 7, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 4, 1910, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to determine title to a savings bank deposit.

*James F. Fogerty* for appellant.

*Robert L. Luce* and *Charles D. Donohue* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: VANN, J.

---

IDA M. CARTER, an Infant, by GEORGE E. CARTER, Her Guardian ad Litem, Respondent, v. THE VILLAGE OF BROCKPORT, Appellant.

*Carter* v. *Village of Brockport,* 137 App. Div. 932, affirmed.
(Argued January 24, 1911; decided February 7, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 9, 1910, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been sustained through the defendant's negligence.

*John D. Burns* and *Louis B. Shay* for appellant.

*P. Chamberlain* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: VANN, J.